# LIST OF WITNESSES

-----------------------------------------------------------------------------------------------------------------------

Case No. 3:17-cr-00088-TMB-DMS, 3:17-cr-00089-01-TMB-DMS, 3:17-cr-00091-01-SLG-KFM

Magistrate Judge: DEBORAH M. SMITH

Title

U.S.A.

     vs.

CHRISTOPHER ARNDT

Dates of Hearing:  SEPTEMBER 1, 2017

Deputy Clerk/Recorder: CAMILLE WHITE

Official Reporter:    NOT  PRESENT

-----------------------------------------------------------**WITNESSES**-----------------------------------------------------------
---

| DATE | START TIME | END TIME | W- | WITNESS NAME | CALLED BY |
|---|---|---|---|---|---|
| 9/1/2017 | 2:48:47 | 3:12:18 | W-1 | THERESA HUBBARD | DEF |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |