IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF ALASKA

UNITED STATES OF AMERICA,

               Plaintiff,

    v.

LEIGH ANN MASSENGILL,

               Defendant.

Case Nos. 3:17-cr-00091-TMB-KFM
3:17-cr-00092-TMB-DMS

**ORDER COMMITTING DEFENDANT
MASSENGILL FOR EXAMINATION
PURSUANT TO 18 U.S.C. § 4241(b)**

       Defense counsel moved, at docket 20 in case no. 3:17-cr-00092-TMB-DMS and at docket 34 in case no. 3:17-cr-00091-TMB-KFM, for a hearing to determine the mental competency of the defendant, Leigh Ann Massengill. The Court granted defense counsel's motions on October 24, 2017, and set on a competency hearing for October 27, 2017.[1] The Government then moved that Ms. Massengill be committed to the custody of the Bureau of Prisons to undergo an examination pursuant to 18 U.S.C. § 4241(b).[2] Defense counsel has not opposed the Government's request.[3]

       Accordingly, IT IS HEREBY ORDERED:

       (1)     The Government's motions at docket 25 in case no. 3:17-cr-00092-TMB-DMS and at docket 40 in case no. 3:17-cr-00091-TMB-KFM are **GRANTED**. The defendant, Leigh Ann Massengill, is hereby committed pursuant to 18 U.S.C. § 4241(b) to the custody of the Attorney General for placement in a suitable facility for a reasonable period, but not to exceed thirty days, so that an examination of the defendant may be conducted to determine her mental competency. A psychiatric or psychological report shall be filed with the Court at the conclusion of the evaluation, consistent with the provisions of 18 U.S.C. §§ 4247(b) and (c).

       (2)     The Competency Hearing currently set for October 27, 2017 at 11:00 a.m. in Anchorage Courtroom 1 before Judge Timothy M. Burgess is **VACATED**. It will be reset upon receipt of the psychiatric or psychological report, discussed above.

IT IS SO ORDERED.

                Dated at Anchorage, Alaska, this 27th day of October, 2017.

                /s/ Timothy M. Burgess
                TIMOTHY M. BURGESS
                UNITED STATES DISTRICT JUDGE

---

[1] 3:17-cr-00092, Dkt. 24; 3:17-cr-00091, Dkt. 39.
[2] 3:17-cr-00092, Dkt. 25; 3:17-cr-00091, Dkt. 40.
[3] *See* 3:17-cr-00092, Dkt. 26 (text order inviting defense counsel's opposition); 3:17-cr-00091, Dkt. 41 (same).

Case 3:17-cr-00091-TMB-KFM   Document 45   Filed 10/27/17   Page 1 of 1